**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KHOR CHIN LIM,**
       **Plaintiff,**

    v.                                     Case No. 11-CV-00666

**BMO FINANCIAL GROUP, et al.,**
       **Defendants.**

---

## ORDER

The final judgment dismissing this case was filed on January 19, 2012. On February 2, 2012, pro se plaintiff Khor Chin Lim filed a motion asking for an extension of the time normally allowed for filing a notice of appeal. Along with this motion for an extension of time, plaintiff filed a notice of appeal. He then filed a second notice of appeal on February 13, 2012. Since Federal Rule of Appellate Procedure 4(a)(1)(A) gives a party 30 days from the entry of judgment to file a notice of appeal, and since plaintiff filed both of his notices within that time period, I find that his request for additional time was unnecessary.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to extend the time allowed to file a notice of appeal [DOCKET #48] is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 13th day of April 2012.

                                                                s/_____
                                                                 LYNN ADELMAN
                                                                 District Judge